**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHANISE FARRAR,

                Plaintiff,                7:22 **CIVIL** 8844 (JCM)

    -v-                            **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 24, 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

       February 24, 2023

                                                                      **RUBY J. KRAJICK**

                                                                          Clerk of Court

                                        **BY:**

                                                                           **Deputy Clerk**